■ Domenico Pavone, Appellant, v Attracta M. Pavone,

Respondent.—Appeal by the plaintiff from stated portions of a judgment of the Supreme Court, Kings County (Schneier, J.), dated October 3, 1989.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Schneier at the Supreme Court. Thompson, J. P., Bracken, Harwood and Balletta, JJ., concur.